UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:<br><br>VERNON GENE GOOSEN,<br><br>    Debtor.<br>_____/ | Case No. 09-01935-jrh<br>Chapter 13 Filed: 02/25/09<br>Converted to Chapter 11: 12/15/09<br>Converted to Chapter 7: 02/03/10<br><br>HON. JEFFREY R. HUGHES<br>U.S. Bankruptcy Judge |
| VERNON GOOSEN and REBECCA GOOSEN,<br><br>    Plaintiffs,<br><br>v.<br><br>INDEPENDENT BANK and FIFTH THIRD BANK,<br><br>    Defendants.<br>_____/ | Adv. Pro. Case No. 09-80569-jrh |
| JOHN A. PORTER, TRUSTEE,<br><br>    Plaintiff,<br><br>v.<br><br>FIFTH THIRD BANK, INDEPENDENT BANK, VERNON G. GOOSEN, and REBECCA K. GOOSEN,<br><br>    Defendants.<br>_____/ | Adv. Pro. Case No. 10-80434-jrh |

**STIPULATION RESOLVING CONSOLIDATED ADVERSARY PROCEEDINGS**

Vernon and Rebecca K. Goosen, through their attorneys; Defendant, Independent Bank, through its attorneys; and John A. Porter, Chapter 7 Trustee, through his attorneys, stipulate and agree as follows:

## Background

1. Debtor commenced the base bankruptcy proceeding by filing a voluntary Chapter 13 petition on February 25, 2009. Debtor's case was converted to a Chapter 11 case pursuant to an Order dated December 15, 2009, and was converted to a Chapter 7 case pursuant to an Order dated February 3, 2010.

2. John A. Porter (the "Trustee") was appointed as the Chapter 7 Trustee on February 3, 2010.

3. Debtor, together with his non-filing spouse, Rebecca K. Goosen ("Mrs. Goosen"), commenced Adversary Proceeding Case No. 09-80569-jrh on December 5, 2009 against Independent Bank and Fifth Third Bank.

4. The Trustee commenced Adversary Proceeding Case No. 10-80434-jrh on June 24, 2010, against Debtor, Mrs. Goosen, Independent Bank, and Fifth Third Bank. On the same date, the Trustee filed a Motion to Consolidate.

5. This Court entered an Order consolidating the two adversary proceedings on July 26, 2010.

6. The adversary proceedings involve the competing claims of Debtor, Mrs. Goosen, Independent Bank, and the Trustee to funds that are being held in three of Debtor and Mrs. Goosen's joint bank accounts at Fifth Third Bank.

7. On or about February 20, 2009, Fifth Third Bank placed a permanent hold on the three joint bank accounts, which have the following balances:

    a. Account No. 41221:   $903.44

    b. Account No. 2256:    $2,616.51

    c. Account No. 5365:    $16,935.07

8. Upon information and belief, Fifth Third Bank claims no interest in any of these funds. A default has been entered against Fifth Third Bank in both adversary proceedings.

9. Debtor, Mrs. Goosen, Independent Bank, and the Trustee have reached an agreement to resolve the consolidated adversary proceedings.

## Agreement

10. Within ten (10) days after the date of an order approving this Stipulation, Independent Bank shall file a release of its garnishment against Debtor with the Ottawa County Circuit Court.

11. Within ten (10) days after the date of an order approving this Stipulation, the Trustee shall file a motion requesting that this Court enter a default judgment against Fifth Third Bank and requesting that Fifth Third Bank be ordered to pay the funds held in Accounts No. 4122, 2256, and 5365 in the manner set forth in this Stipulation within ten (10) days after entry of the default judgment.

12. Debtor, Mrs. Goosen, Independent Bank, and the Trustee agree that the funds held in Accounts No. 4122, 2256, and 5365 shall be divided as follows:

   a. Mrs. Goosen shall receive the $903.44 in Account No. 4122.

   b. Debtor shall receive the $2,616.51 in Account No. 2256.

   c. Independent Bank shall receive $2,000.00 from Account No. 5365.

   d. The Trustee shall receive the remaining $14,935.07 in Account No. 5365 for the bankruptcy estate.

13. This stipulation resolves all claims raised in Adversary Proceeding Case No. 09-80569-jrh and Adversary Proceeding Case No. 10-80434-jrh.

FOSTER, SWIFT, COLLINS & SMITH, P.C.
*Attorneys for Chapter 7 Trustee*

Dated: August 26, 2010    By: /s/ Scott H. Hogan
Scott H. Hogan (P41921)
Laura J. Garlinghouse (P72278)
1700 East Beltline Avenue, NE, Suite 200
Grand Rapids, MI 49525
(616) 726-2200
lgarlinghouse@fosterswift.com

3

LOUIS R. LINT, P.C.
*Attorneys for Debtor, Vernon Gene Goosen, and Rebecca K. Goosen*

Dated: August _____, 2010         By: _____
                                  Louis R. Lint (P25130)
                                  433 Seminole Rd Ste 200A
                                  Seminole Shores Prof Bldg
                                  Muskegon, MI  49444


COTNER LAW OFFICE
*Attorneys for Debtor, Vernon Gene Goosen, and Rebecca K. Goosen*

Dated: August _____, 2010         By: _____
                                  Roger G. Cotner (P36569)
                                  220 Franklin Ave.
                                  P.O. Box 838
                                  Grand Haven, MI  49417


Dated: August _____, 2010         _____
                                  Vernon Gene Goosen, Debtor


Dated: August _____, 2010         _____
                                  Rebecca K. Goosen

PLUNKETT COONEY
*Attorneys for Defendant Independent Bank*

Dated: August 26, 2010            By: /s/ William H. Franks   P72278 w/ permission for:
                                  William H. Franks (P66375)
                                  333 Bridge Street, NW, Suite 530
                                  Grand Rapids, MI 49504
                                  wfranks@plunkettcooney.com

4

77390:00223:946311-1

|  |  |
|---|---|
|  | LOUIS R. LINT, P.C.<br>*Attorneys for Debtor, Vernon Gene Goosen, and Rebecca K. Goosen* |
| Dated: August 25, 2010 | By: _____<br>Louis R. Lint (P25130)<br>433 Seminole Rd Ste 200A<br>Seminole Shores Prof Bldg<br>Muskegon, MI 49444 |
|  | COTNER LAW OFFICE<br>*Attorneys for Debtor, Vernon Gene Goosen, and Rebecca K. Goosen* |
| Dated: August ____, 2010 | By: _____<br>Roger G. Cotner (P36569)<br>220 Franklin Ave.<br>P.O. Box 838<br>Grand Haven, MI 49417 |
| Dated: August 25, 2010 | _____<br>Vernon Gene Goosen, Debtor |
| Dated: August 25, 2010 | _____<br>Rebecca K. Goosen |
|  | PLUNKETT COONEY<br>*Attorneys for Defendant Independent Bank* |
| Dated: August ____, 2010 | By: _____<br>William H. Franks (P66375)<br>333 Bridge Street, NW, Suite 530<br>Grand Rapids, MI 49504<br>wfranks@plunkettcooney.com |

4

77390:00223:946311-1

LOUIS R. LINT, P.C.
*Attorneys for Debtor, Vernon Gene Goosen, and Rebecca K. Goosen*

Dated: August _____, 2010     By: _____
　　　　　　　　　　　　　　　　　Louis R. Lint (P25130)
　　　　　　　　　　　　　　　　　433 Seminole Rd Ste 200A
　　　　　　　　　　　　　　　　　Seminole Shores Prof Bldg
　　　　　　　　　　　　　　　　　Muskegon, MI  49444

COTNER LAW OFFICE
*Attorneys for Debtor, Vernon Gene Goosen, and Rebecca K. Goosen*

Dated: August 25, 2010     By: /s/ Roger G. Cotner
　　　　　　　　　　　　　　　　　Roger G. Cotner (P36569)
　　　　　　　　　　　　　　　　　220 Franklin Ave.
　　　　　　　　　　　　　　　　　P.O. Box 838
　　　　　　　　　　　　　　　　　Grand Haven, MI  49417


Dated: August _____, 2010     _____
　　　　　　　　　　　　　　　　　Vernon Gene Goosen, Debtor


Dated: August _____, 2010     _____
　　　　　　　　　　　　　　　　　Rebecca K. Goosen

PLUNKETT COONEY
*Attorneys for Defendant Independent Bank*

Dated: August _____, 2010     By: _____
　　　　　　　　　　　　　　　　　William H. Franks (P66375)
　　　　　　　　　　　　　　　　　333 Bridge Street, NW, Suite 530
　　　　　　　　　　　　　　　　　Grand Rapids, MI 49504
　　　　　　　　　　　　　　　　　wfranks@plunkettcooney.com

4

77390:00223:946311-1